No. 467, Misc. ANASTASIADIS *v.* THE LITTLE JOHN. C. A. 5th Cir. Certiorari denied. *Arthur J. Mandell* for petitioner. *Leroy Denman Moody* for respondent. Reported below: 346 F. 2d 281; 347 F. 2d 823.

No. 714, Misc. HOLMES *v.* WAINWRIGHT, CORRECTIONS DIRECTOR. Sup. Ct. Fla. Certiorari denied. Petitioner *pro se.* *Earl Faircloth,* Attorney General of Florida, and *James G. Mahorner,* Assistant Attorney General, for respondent.

No. 829, Misc. BLANKENSHIP *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied. Petitioner *pro se. Thomas C. Lynch,* Attorney General of California, *Albert W. Harris, Jr.,* Assistant Attorney General, and *Robert R. Granucci,* Deputy Attorney General, for respondent.

No. 923, Misc. SNEED *v.* HEINZE, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied. Petitioner *pro se. Thomas C. Lynch,* Attorney General of California, *Doris H. Maier,* Assistant Attorney General, and *Raymond M. Momboisse,* Deputy Attorney General, for respondents.

No. 992, Misc. CONARD *v.* PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied. *Joseph G. Blandi* for petitioner.

No. 1043, Misc. DIXON *v.* RHAY, PENITENTIARY SUPERINTENDENT. Sup. Ct. Wash. Certiorari denied. Petitioner *pro se. John J. O'Connell,* Attorney General of Washington, and *Stephen C. Way,* Assistant Attorney General, for respondent.

No. 1085, Misc. JOHNSTON *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Marshall* for the United States.